SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, CA 94612
  Telephone: (510) 637-3924
  FAX: (510) 637-3724
  Email: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00715 SBA |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |
| JOSE MANUEL SANCHEZ-ROMERO, | Date: April 10, 2007 |
|     Defendant. | Time: 10:00 a.m. |
| | Court: Hon. Saundra Brown Armstrong |
| |       U.S. District Court |

      This matter was on the Court's calendar for change of plea and sentencing on Tuesday, April 10, 2007, at 10:00 a.m. The defendant's primary language is Spanish, and no court reporter was available to translate the proceeding. Accordingly, the parties stipulate that the hearing be continued to May 8, 2007, at 10:00 a.m. The parties further request that the time between April 10, 2007 and May 8, 2007 be excluded from calculations under the Speedy Trial Act,

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CR 06-00715 SBA

18 U.S.C. § 3161(h)(1)(I), as time for the Court's consideration of the proposed plea agreement.

SO STIPULATED.

DATED: April 11, 2007

                                                                /s/
CHINHAYI J. COLEMAN
Assistant U.S. Attorney

SO STIPULATED.

DATED: April 11, 2007

                                                                /s/
JOHN PAUL REICHMUTH
Attorney for Defendant Jose Manuel
Sanchez-Romero

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing that was scheduled for April 10, 2007, shall be continued to May 8, 2007, and that the time from April 10, 2007 through May 8, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I).

IT IS SO ORDERED.

Dated: April __13_, 2007

                                                                /s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CR 06-00715 SBA